

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00301-CV

**JK HOSPITALITY LLC**; Shiva Management, Inc.; Manishbhai Bhakta;
Aum Unity Lodging, Inc.; and Sai Unity Lodging, Inc.,
Appellants

v.

Jignasa **PATEL**,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 19-05-00195CVF
Honorable Jennifer Dillingham, Judge Presiding

PER CURIAM

Sitting:    Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice

Delivered and Filed: May 8, 2024

DISMISSED

Citing a settlement agreement, Appellants filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion certifies that Appellee is unopposed to the requested relief.

We grant the unopposed motion and dismiss this appeal. *See id.* Costs of court for this appeal are taxed against Appellants. *See id.* R. 42.1(d).

PER CURIAM